UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61819-CIV-SMITH

ELIJAH BRYANT,

    Petitioner,

v.

KILOLO KAJAKAZI[1], Commissioner of
Social Security Administration

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING
## REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the United States Magistrate Judge's Report and Recommendation [DE 30], in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [DE 17] be denied, that Defendant's Motion for Summary Judgment [DE 22] be denied, and that the Administrative Law Judge's Decision be affirmed. No objections have been filed. Therefore, after reviewing the Report and Recommendation, the record, and given that neither party objects, it is

**ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [DE 17] be **DENIED**.

2. Defendant's Motion for Summary Judgment [DE 22] be **GRANTED**.

3. The decision of the Administrative Law Judge is hereby **AFFIRMED**.

---

[1] Kilolo Kajakazi has been appointed as Acting Commissioner of Social Security Administration. Consequently, pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kajakazi is substituted for Andrew Saul as Defendant in this matter.

4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 9th day of November 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:     Counsel of record